LISA A. MCCLANE
Nevada Bar No. 10139
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: lisa.mcclane@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Property 1, LLC dba*
*The Cosmopolitan of Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER LUCERO-JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS,<br><br>Defendant. | Case No.: 2:17-cv-03015-MMD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jennifer Lucero-Johnson and Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: February 20, 2018

/s/Lisa A. McClane
Lisa A. McClane, Bar No. 10139
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorney for Defendant
*Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas*

Dated: February 20th, 2017

Angela J. Lizada
Lizada Law Firm, LTD
501 S. 7th St.
Las Vegas, NV 89101

*Attorneys for Plaintiff
Jennifer Lucero-Johnson*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 22, 2018

JACKSON LEWIS P.C.
LAS VEGAS